## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE HARRIS, pro se

    **Plaintiff,**                          Case No.: No. **16-cv-594-jdp**

vs.

LORIE IVERSON, et al

    **Defendant**

### NOTICE OF APPEAL

Notice is hereby given that Lawrence Harris in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment of a Motion to Alter or Amend Judgment entered in this action on May 1, 2018.

Respectfully submitted,

Dated this 5th day of May, 2018.

*Lawrence Harris*
Lawrence Harris #204544
WSPF PO BOX 9900
Boscobel, WI 53805