IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE HARRIS,

    Plaintiff,

v.

LORIE IVERSON, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-594-jdp
Appeal No. 18-02036

    Plaintiff has submitted a motion for an order directing prison officials to pay the remainder of the filing fees from plaintiff's release account. Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $505 filing fee, first by making an appeal initial partial payment and then by sending the remainder of the fee to the court in installments of 20% of the preceding month's income, in accordance with 28 U.S.C. § 1915(b)(2). On June 5, 2018, this court entered an order assessing plaintiff an appeal initial partial payment of the filing fee for this case, which plaintiff has paid. Plaintiff has been making monthly installment payments since then.

    The language of 28 U.S.C. § 1915(b)(1) requires prison officials to use a prisoner's release account to satisfy an initial partial payment if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). However, with the exception of such initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. I will deny this motion.

ORDER

IT IS ORDERED that plaintiff Lawrence Harris's motion for an order directing prison officials to pay the remainder of the appeal filing fee in this case from plaintiff's release account is DENIED.

Entered this 28th day of February, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge